**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 226 MAL 2018

       Respondent    :

       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.    :

WILLIAM ADAM SPELL,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.